# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| EMILY A., | ) |
|     Plaintiff, | ) ) ) |
|     v. | ) ) ) Case No. 1:17-cv-00227-JDL |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security | ) ) ) |
|     Defendant. | ) ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge, John H. Rich III, filed his Recommended Decision (ECF No. 18) on Emily A.'s Social Security Disability and Supplemental Security Income appeal with the Court on April 23, 2018, pursuant to 28 U.S.C.A. § 636(b)(1)(B) (2018) and Fed. R. Civ. P. 72(b). The time within which to file objections expired on May 7, 2018, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 18) of the Magistrate Judge is hereby **ACCEPTED** and the Commissioner's decision is **AFFIRMED**.

**SO ORDERED.**

**Dated this 29th day of June, 2018.**

                                                  /s/ Jon D. Levy
                                                **U.S. DISTRICT JUDGE**